**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-00983-CMA-BNB

MARY K. GILMORE,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a corporation,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

    Pursuant to the Stipulation for Dismissal With Prejudice (Doc. # 64) signed by the attorneys for the parties hereto, it is hereby

    ORDERED that the above-entitled action is DISMISSED WITH PREJUDICE, each party to pay her or its own costs.

    DATED at Denver, Colorado, this   21st   day of June, 2011

                                         BY THE COURT:

                                         _____
                                         CHRISTINE M. ARGUELLO
                                         United States District Court Judge